NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BERNARD HODORE,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-1950

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-7176, Chief Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

The court construes Bernard Hodore's submission received July 18, 2022, ECF No. 4, as a motion to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                          HODORE v. MCDONOUGH

(1)  The motion, ECF No. 4, is granted.  The appeal is withdrawn.

(2)  Each side shall bear its own costs.

FOR THE COURT

August 4, 2022                           /s/ Peter R. Marksteiner
       Date                               Peter R. Marksteiner
                                          Clerk of Court

ISSUED AS A MANDATE:  August 4, 2022